| **Summons** | CIVIL DOCKET NO. *2584CV01757-BLS2* | **Trial Court of Massachusetts** **The Superior Court** |
|---|---|---|

CASE NAME:

*Ernesto DePina, et Al*

Plaintiff(s)

vs.

*Restaurant Depot, LLC*

Defendant(s)

| John E. Powers III | Clerk of Courts |
|---|---|
| Suffolk | County |

COURT NAME & ADDRESS:
Suffolk Superior Civil Court
Three Pemberton Square
Boston, MA. 02108

THIS SUMMONS IS DIRECTED TO *Restaurant Depot LLC* (Defendant's name)
*C/o Brian E Emmenett, Registered Agent*
*114 First Ave, Wealtham, MA 02492*

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, *Suffolk Superior* Court *3 Pemberton Sq, Boston, MA 0108* (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

   b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address: *Dewel Godkin, Esq. Birnbaum Godkin, LLP* *1 Marina Park Drive, Suite 1410, Boston, MA 02210*

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

ER

## COMMONWEALTH OF MASSACHUSETTS
## SUPERIOR COURT DEPARTMENT

Ernesto DePina, individually and on behalf of all others similarly situated,

                                    Plaintiff,

          v.

Restaurant Depot, LLC,

                                    Defendant.

C.A. No.:

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff Ernesto DePina ("Plaintiff"), by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge, against Defendant Restaurant Depot, LLC ("Defendant" or "Restaurant Depot").

## NATURE OF THE ACTION

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment within the Commonwealth to contain a notice of job applicants' and employees' rights concerning lie detector tests.

2.      Despite this abundantly clear mandate, until recently,[1] Defendant did not provide such written notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for injunctive relief and damages, including minimum statutory damages of $500 per violation.

---

[1] On information and belief, not until approximately April 2025.

4.      Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions,

providing that a civil action may be brought by a person "in his own name and on his own

behalf, or for himself and, for other [sic] similarly situated."

5.      Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff brings this action,

on behalf of himself and those similarly situated, to redress Defendant's violations of Mass. Gen.

Laws ch. 149, § 19B(2)(b).

## PARTIES

6.      Plaintiff Ernesto DePina is a citizen of Massachusetts who resides in Fall River,

Massachusetts.  In or around March 2025, while located in Massachusetts, Plaintiff applied to work

as a Front End Manager at Defendant's store in New Bedford, Massachusetts.  However, in his

Restaurant Depot Massachusetts-based job application, Plaintiff was not provided the notice of his

rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

7.      Defendant Restaurant Depot, LLC is a Delaware limited liability company with its

principal place of business at 1710 Whitestone Expressway, Whitestone, New York 11357.

Defendant operates throughout and employs a significant number of residents in Massachusetts.

Defendant targets its job applications at prospective employees whom it knows to reside in

Massachusetts.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this matter pursuant to Mass. Gen. Laws ch. 212,

§§ 3 and 4 because this is a civil action where the aggregate claims of all members of the

proposed class are in excess of $50,000, exclusive of interest and costs.

9.      The Court has personal jurisdiction over Defendant pursuant to Mass. Gen. Laws

ch. 223A § 3(a), (b), and (e) because Defendant regularly transacts business in the

Commonwealth, Defendant contracts to supply services or things in the Commonwealth, and

2

Defendant has an interest in, uses, and possesses real property in the Commonwealth.

10.    Venue is proper in the Business Litigation Session ("BLS"), pursuant to Superior

Court Administrative Directive No. 24-1, because this case is complex and is brought as a class

action which will require substantial case management.

## FACTUAL ALLEGATIONS

11.    On December 16, 1985,[2] Massachusetts enacted 1985 Mass. Acts Chapter 587,[3]

introduced as HB 6908[4] and codified at Mass. Gen. Laws ch. 149, § 19B.

12.    Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain
> the following notice which shall be in clearly legible print:

> "It is unlawful in Massachusetts to require or administer a lie detector test
> as a condition of employment or continued employment. An employer
> who violates this law shall be subject to criminal penalties and civil
> liability."

13.    In plain violation of the law, until recently, Defendant did not provide such

written notice of rights in its applications for Restaurant Depot Massachusetts-based jobs.

14.    Indeed, until recently, a search for the terms "lie detector" and/or "condition of

employment" on Defendant's website listing job openings, information, and applications –

jobs.chattr.ai/jetrord – yielded no results.

15.    Plaintiff's counsel surveyed numerous job applications that Defendant has made

---

[2] *See, e.g.*, 1985 Journal of the House of Representatives of the Commonwealth of Massachusetts
(https://archives.lib.state.ma.us/handle/2452/796446); 1985 Bill History at p. 3388
(https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-
BillHistory.pdf?sequence=15&isAllowed=y).

[3] https://archives.lib.state.ma.us/handle/2452/40042.

[4] http://archives.lib.state.ma.us/handle/2452/602897.

publicly available via the *supra* website.  Until recently, **none** of Defendant's job applications

viewed by Plaintiff's counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b).  *See* Ex. 1-

2.[5]

16.     Plaintiff and Class members were aggrieved because they were bona-fide

applicants for jobs with Defendant, and Defendant deprived them of their statutorily guaranteed

right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

## CLASS REPRESENTATION ALLEGATIONS

17.     Plaintiff seeks to represent a class defined as

> All persons who applied for a Massachusetts-based position of employment with
> Defendant (the "Class").

18.     Members of the Class are so numerous that their individual joinder herein is

impracticable.  On information and belief, members of the Class number in the thousands.  The

precise number of Class members and their identities are unknown to Plaintiff at this time but

may be determined through discovery.  Class members may be notified of the pendency of this

action by mail and/or publication through the distribution records of Defendant.

19.     Common questions of law and fact exist as to all Class members and predominate

over questions affecting only individual Class members.  Common legal and factual questions

include, but are not limited to, whether Defendant's conduct as alleged herein violates

---

[5] Ex. 1 pertains to Job Reference # ca813d14-9ac8-46f2-9a2d-8014613fb646 (available at
https://jobs.chattr.ai/jetrord/ca813d14-9ac8-46f2-9a2d-8014613fb646). Ex. 2 pertains to Job Reference # d68fe8d6
62fa-40d6-b30a-29e7af829827 (available at https://www.indeed.com/viewjob?jk=c1385e599c2c49f3 and
https://jobs.chattr.ai/jetrord/d68fe8d6-62fa-40d6-b30a-29e7af829827). Note, Ex. 1 depicts a job application
completed on Defendant's website listing job openings, information, and applications, jobs.chattr.ai/jetrord. Ex. 2
depicts a job application initiated on Indeed (through which Defendant collects job applicants' contact details,
demographic information, and/or resumes) and continued on jobs.chattr.ai/jetrord. As shown by Ex. 2, after a job
applicant is directed from Indeed to jobs.chattr.ai/jetrord, the job application process carries on in substantially the
same manner as depicted in Ex. 1 (accounting for the fact that introductory questions have already been posed, and
transitioning into the next set of relevant questions). Ex. 2 was captured after Defendant began providing the Mass.
Gen. Laws ch. 149, § 19B(2)(b) notice of job applicants' and employees' rights concerning lie detector tests on
jobs.chattr.ai/jetrord, but it shows that Defendant still does not include said notice on Indeed.

Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether

Plaintiff and Class members are entitled to damages and if so, in what amount; and whether

Plaintiff and the other members of the Class are entitled to equitable relief, including but not

limited to injunctive or declaratory relief.

20.    The claims of the named Plaintiff are typical of the claims of the Class in that the

named Plaintiff applied for Massachusetts-based employment with Defendant.  In his application

for employment with Defendant, Plaintiff – like the rest of the Class – was not furnished the

notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

21.    Plaintiff is an adequate representative of the Class because his interests do not

conflict with the interests of the Class members he seeks to represent, he has retained competent

counsel experienced in prosecuting class actions, and he intends to prosecute this action

vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiff

and his counsel.

22.    The class mechanism is superior to other available means for the fair and efficient

adjudication of the claims of Class members.  Each individual Class member may lack the

resources to undergo the burden and expense of individual prosecution of the complex and

extensive litigation necessary to establish Defendant's liability.  Individualized litigation

increases the delay and expense to all parties and multiplies the burden on the judicial system

presented by the complex legal and factual issues of this case.  Individualized litigation also

presents a potential for inconsistent or contradictory judgments.  In contrast, the class action

device presents far fewer management difficulties and provides the benefits of single

adjudication, economy of scale, and comprehensive supervision by a single court on the issue of

Defendant's liability.  Class treatment of the liability issues will ensure that all claims and

claimants are before this Court for consistent adjudication of the liability issues.

## COUNT I
### Declaratory and Injunctive Relief

23.  Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

24.  Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

25.  Plaintiff asks this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

26.  Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

27.  Massachusetts law explicitly requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

28.  Until recently, Defendant did not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

29.  Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

## RELIEF DEMANDED

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks

judgment against Defendant, as follows:

a.  For an order certifying the Class, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

b.  For an order declaring that Defendant's conduct violates the statute referenced herein;

c.  For an order finding in favor of Plaintiff and the Class, on all counts asserted herein;

d.  For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

e.  For prejudgment interest on all amounts awarded;

f.  For an order of restitution and all other forms of equitable monetary relief;

g.  For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

h.  For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims so triable.


Dated: June 25, 2025                    Respectfully submitted,

                                        **BIRNBAUM & GODKIN, LLP**

                                        By: */s/ David S. Godkin*
                                             David S. Godkin

                                        David S. Godkin (BBO#196530)
                                        James E. Kruzer (BBO#670827)
                                        1 Marina Park Drive, Suite 1410
                                        Boston, MA 02210
                                        Telephone: (617) 307-6100

Email: godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

*\*Pro Hac Vice application forthcoming*

# EXHIBIT 1



‹ **VIEW ALL OPENINGS**

## Assistant Deli Manager

| | |
|---|---|
| **Company:** | Jetro / Restaurant Depot |
| **Location:** | 148 Dascomb Road, Andover, MA 01810 |
| **Job Type:** | Full-time |
| **Sector:** | Management |
| **Compensation:** | $18 - $18.6 an hour |



**148 Dascomb Rd**
148 Dascomb Rd, Andover, MA 01810

View larger map

**QUICK APPLY NOW!** ·

JOB DETAILS

**Position Title:** Assistant Deli Manager

**Department:** Deli

**Supervisor:** Deli Manager

**FLSA:** Full-Time, Hourly, 8-10 hour shift, Overtime

Restaurant Depot is a wholesale cash-and-carry foodservice distributor. Our mission is to provide our customers with Savings, Selection & Service, 7 Days a Week. Our customers are a targeted group: independent restaurants, caterers, and not-for-profits. We offer these customers the right products, at competitive prices, in the quantities they need, every day of the week. We are a privately-owned, multi-billion-dollar company and operate 150+ warehouses & distribution centers in 37 states.

**Position Summary:**

The Assistant Deli Manager works closely with the Deli Manager in ensuring that all available product is out for sale, is maintained with the strictest freshness policies in accordance with

...pany direction and HACCP Guidelines and developing relationships with customers that drive sales goals, minimize losses & provide a mutual benefit for all.

## Essential Functions:

- Demonstrate teamwork to ensure customer satisfaction and a pleasant, safe working and shopping environment.
- Provide friendly and efficient customer service by demonstrating sincerity, patience, and respect in all customer interactions
- Effectively communicate with customers and respond to questions and requests in a timely manner.
- Operate equipment (e.g., box cutter, knives, scales, compactor, hi-los, scooters, scissor lifts) according to company & OSHA guidelines.
- Follow basic product handling procedures in accordance with company & HACCP policy. Always working with our "Always Fresh" mentality.
- Assist with product presentation, rotation, labeling & replenishment.
- Ensure in-stock position of available product while monitoring inventory levels through frequent cycle counts.
- Maintain working knowledge of all warehouse equipment.
- Gain and demonstrate a high level of operational execution and product knowledge.
- Ensure consistent execution of all Department operating procedures in accordance with Corporate Audit.
- Utilize accomplished selling skills to secure additional sales and use suggestive selling techniques to increase sales of products.
- Communicate code dating issues and shrink opportunities and monitor product quality to reduce shrink.
- Plan work duties appropriately during the scheduled shift to accomplish all assigned tasks. Maintain high cleanliness standards; clean as you go, inclusive of washing, cleaning, sweeping, mopping.
- Assist department manager with interviewing, hiring & scheduling needs.
- Adhere to all local, state & federal laws, and company guidelines; comply with and reinforce all food safety and safety regulations/guidelines/procedures and programs; report all issues and illegal activity, including robbery, theft, or fraud.
- Assist general team members as needed.
- Assist in other areas of the warehouse as needed and requested.
- Must be able to perform the essential functions of this position with or without reasonable accommodation.

## Experience and Skills Required:

- Ability to develop and train team members, build relationships, utilize skills of team members most appropriately.
- Ability to provide outstanding customer service.
- Ability to manage warehouse operations effectively and efficiently.
- Ability to communicate in a clear, concise, understandable manner, and listen attentively to others, understand material, and provide instructions to team members.
- Ability to operate all equipment necessary to perform the job.

Ability to work in a fast-paced, working warehouse environment
- Warehouse, retail and/or customer service experience is a plus
- Must be able to perform basic functions on a handheld scanner, desktop computer and calculator

### Physical demands include, but are not limited to:

- Walking/standing on concrete up to 10 hours/day
- Frequently turning, standing, reaching, stooping, and/or bending
- Frequently pushing/pulling objects 500 to 1,500 lbs.
- Frequently lifting/carrying objects more than 60 lbs.

### Work Environment:

- Requires frequent exposure to cold/freezing temperatures
- Equipment in motion (forklifts, electric pallet jacks, scooters)

### Benefits Include:

- Medical, Vision, Dental Insurance
- Company Matched 401K
- Vacation, Sick & Personal PTO
- Bonus Opportunity



Job Ref #: ca813d14-9ac8-46f2-9a2d-8014513fb645

Date Posted: 2024-12-03

Date Filed 6/25/2025 3:05 PM
Superior Court - Suffolk
Docket Number



Hey there ✳ I'm the digital hiring assistant for Jetro / Restaurant Depot. I'm going to ask you a few questions and help you get an interview. This will take less than 5 minutes.

Let's start with your contact info. Please provide your full name for your application.

Nice to talk to you, ▮. Do you prefer to be called ▮ or do you like to go by another name?

Great ▮! What's the best email address to contact you?

If you could please provide your cell phone number so that our hiring manager can reach you. (Please include your 3 digit area code)

Is it ok to opt you into receiving messages to keep you informed about your application status? Msg frequency varies & msg/data rates apply. You can opt out of the process at any time.

Opt out

▮, your information is kept private with Jetro / Restaurant Depot. No spam! We'll only contact you

about your career opportunities. Can we text you in the future?

No


Ok, ■■■. I understand. This may cause some delay in getting back to you, but let's keep moving.


Now I'd like to ask you a few questions and learn more about you...


Do you have any experience working in a retail establishment/ big box warehouse?

No

Please describe what days/times of day you are available to work.

Monday-Friday, 9 AM to 5 PM



**Here's Your Availability**



| | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|

Are you at least 18 years of age?

Yes

Are you legally eligible to work in the United States?

Yes


Do you have reliable transportation?



 Just a few more questions...... Are you able to work on your feet for extended periods of time?



 Are you willing to participate in a drug screen (does not test for THC/marijuana)?



 Are you able to bend, carry, and lift items or boxes? (Sometimes up to 50 lbs)



 Have you ever worked for Jetro / Restaurant Depot before?



 Last question. Did anyone at Jetro / Restaurant Depot refer you to this job? If so, who?



 You're doing great, ▇ ! Based on your answers I think you'd be a good fit for this role 👏

 For the next steps, let's schedule you for an interview with our hiring manager: Michael Loconte

 Here are some available days for your in-person interview, pick one that works best for you...

 **Step 3 of 3 - Confirm your slot!**

In-person interview is 30 minutes. All times EDT



**You have selected:**

**Schedule Later**

Alright, ███. No problem. In a few minutes, I'll send you details on how to schedule your interview in the future.

Would you like to share your resume? It's not required for this role, but I can take it now if you'd like

No

No problem, 

Before we wrap up, do you mind rating your experience today? We love getting feedback!



It was great!

It was good

Just OK

Not so good

I hated it

It's been great chatting with you, ███. Best of luck moving forward! Bye 👋

☐ View My Applicant Profile



# Jetro / Restaurant Depot

### Assistant Deli Manager

Welcome back, ██!

## April 2025

 

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

## Thursday, April 17th

Please select an interview time

10:30AM - 11:00AM (EDT)

11:00AM - 11:30AM (EDT)

11:30AM - 12:00PM (EDT)

12:00PM - 12:30PM (EDT)

12:30PM - 1:00PM (EDT)

2:00PM - 2:30PM (EDT)

2:30PM - 3:00PM (EDT)

3:00PM - 3:30PM (EDT)

OPT OUT OF HIRING PROCESS

# Jetro / Restaurant Depot

### Assistant Deli Manager

Welcome back, ▮▮▮

## Interview Date

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Location

Jetro / Restaurant Depot - 148 Dascomb Road, Andover, MA 01810

## Hiring Manager

Michael Loconte

## Hiring Manager

manager.814@jetrord.com



148 Dascomb Rd
148 Dascomb Rd, Andover, MA 01810
Directions
View larger map

Restaurant Depot

Google
Map data ©2025 Imagery ©2025 Airbus, Maxar Technologie

OPT OUT OF HIRING PROCESS

CANCEL MY INTERVIEW

RESCHEDULE MY INTERVIEW

EXHIBIT 2

Date Filed 6/25/2025 2:25 PM
Superior Court - Suffolk
Docket Number

  

# Porter

Jetro / Restaurant Depot ☑ · 2.8 ⭐

500 Kings Highway, New Bedford, MA 02745

$16.25 - $16.79 an hour  - Full-time

---

**Jetro / Restaurant Depot**                                        ›
⭐⭐⭐☆☆ 1,839 reviews
Read what people are saying about working here.

---

## Profile insights

Here's how the job qualifications align with your profile ☑.

💡 **Skills**

Sanitation *(Required)* ⌄    Communication skills *(Required)* ⌄

Do you have experience in **Sanitation**?

| Yes | No | Skip |

---

## Job details

Here's how the job details align with your profile ☑.

💷 **Pay**

$16.25 - $16.79 an hour ⌄

💼 **Job type**

✓ Full-time ⌄

---

## Location

🚗 **Estimated commute**

Add your address to estimate commute

📍 **Job address**

500 Kings Highway, New Bedford, MA 02745

**Full job description**

**Job Description:** Porter (Jetro/Restaurant Depot)

**Summary:**

The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**

- General sweeping of interior/exterior building premises.
- General cleaning and maintenance of all restrooms in facility.
- General cleaning of windows, doors, and coffee area as needed.
- Maintenance of all trash containers on premises.
- Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
- General cleanup of spills as needed in the warehouse.
- General cleanup of employee break room as needed (per schedule).
- Assist with department managers in aisle cleaning as needed.
- Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
- Assist management with other assigned duties as needed.

**Job Requirements:**

- Good communication skills.
- Understand basic sanitation guidelines.
- Basic understanding of operating floor machine, baler, and compactor helpful.
- Ability to lift 50 pounds.

If you require alternative methods of application or screening, you must approach the employer directly to request this as Indeed is not responsible for the employer's application process.

  



Porter jobs in New Bedford, MA

Date Filed 6/25/~
Superior Court - Suffolk
Docket Number

Jobs at Jebro in New Bedford, MA

Porter salaries in New Bedford, MA

Hiring Lab    Career advice    Browse jobs    Browse companies

Salaries    Indeed Events    Work at Indeed    Countries    About

Help    ESG at Indeed

© 2025 Indeed    Your Privacy Choices ☑⊗    Accessibility at Indeed

Privacy Center and Ad Choices    Terms

**Indeed**  Home   Company reviews   Find salaries

Employers / Post Job

Save and close

## Add your contact information

**First name** *

**Last name** *

Email
hellothere@foobox.net

**Phone number** *

+1 ✓

Continue

Having an issue with this application? Tell us more

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.


**Porter**
Jetro / Restaurant Depot – New Bedford, MA

**Job Description: Porter (Jetro/Restaurant Depot)**

**Summary:**
The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**
General sweeping of interior/exterior building premises.
General cleaning and maintenance of all restrooms in facility.
General cleaning of windows, doors, and coffee area as needed.
Maintenance of all trash containers on premises.
Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
General cleanup of spills as needed in the warehouse.
General cleanup of employee break room as needed (per schedule).
Assist with department managers in aisle cleaning as needed.
Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
Assist management with other assigned duties as needed.

**Job Requirements:**
Good communication skills.
Understand basic sanitation guidelines.
Basic understanding of operating floor machine, baler, and compactor helpful.
Ability to lift 50 pounds.

We have detected that you have the global privacy control (GPC) signal enabled. Please click Privacy settings to exercise your privacy rights. If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.

**Privacy settings**   ×


 

←                                    Save and close

## Review your location details from your profile

Sharing location helps connect you with relevant jobs and estimate your commute time. We'll save any changes to your profile.

**Country**

United States                                      Change

**Zip code**

**City, State**

**Street address**
Not shown to employers

Continue

Having an issue with this application? Tell us more.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

### Porter
Jetro / Restaurant Depot – New Bedford, MA

**Job Description: Porter (Jetro/Restaurant Depot)**

**Summary:**
The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**
General sweeping of interior/exterior building premises.
General cleaning and maintenance of all restrooms in facility.
General cleaning of windows, doors, and coffee area as needed.
Maintenance of all trash containers on premises.
Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
General cleanup of spills as needed in the warehouse.
General cleanup of employee break room as needed (per schedule).
Assist with department managers in aisle cleaning as needed.
Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
Assist management with other assigned duties as needed.

**Job Requirements:**
Good communication skills.
Understand basic sanitation guidelines.
Basic understanding of operating floor machine, baler, and compactor helpful.
Ability to lift 50 pounds.

See less   ∧

We have detected that you have the global privacy control (GPC) signal enabled. Please click Privacy settings to exercise your privacy rights. If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.                    **Privacy settings**                    ✕

 **indeed**    Home    Company reviews    Find salaries        Employers / Post Job

---

←                                       Save and close

## Add a resume for the employer

**Upload a resume**
Accepted file types are PDF (no password), DOCX, RTF, or TXT.

or

*Recommended*

**Build an Indeed Resume**
We'll guide you through it, there are only a few steps.

**Apply without a resume**
A resume is optional for this job.

[ Continue ]

Having an issue with this application? Tell us more

©2025 Indeed · Your Privacy Choices

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

**Porter**
Jetro / Restaurant Depot – New Bedford, MA

**Job Description: Porter (Jetro/Restaurant Depot)**

**Summary:**
The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**
General sweeping of interior/exterior building premises.
General cleaning and maintenance of all restrooms in facility.
General cleaning of windows, doors, and coffee area as needed.
Maintenance of all trash containers on premises.
Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
General cleanup of spills as needed in the warehouse.
General cleanup of employee break room as needed (per schedule).
Assist with department managers in aisle cleaning as needed.
Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
Assist management with other assigned duties as needed.

**Job Requirements:**
Good communication skills.
Understand basic sanitation guidelines.
Basic understanding of operating floor machine, baler, and compactor helpful.
Ability to lift 50 pounds.

---

We have detected that you have the global privacy control (GPC) signal enabled. Please click **Privacy settings** to exercise your privacy rights. If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.    **Privacy settings**    ✕

Home    Company reviews    Find salaries                                    Employers / Post Job

← Save and close

## Answer these questions from the employer

These questions are from the employer. They may include demographic questions ☑. If a question seems inappropriate, you can report the job.

Are you capable of performing the essential functions of the job for which you are applying with or without reasonable accommodations? *

◯ Yes

◯ No

**Continue**

Having an issue with this application? Tell us more.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



**Porter**
Jetro / Restaurant Depot - New Bedford, MA

### Job Description: Porter (Jetro/Restaurant Depot)

**Summary:**
The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**
General sweeping of interior/exterior building premises.
General cleaning and maintenance of all restrooms in facility.
General cleaning of windows, doors, and coffee area as needed.
Maintenance of all trash containers on premises.
Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
General cleanup of spills as needed in the warehouse.
General cleanup of employee break room as needed (per schedule).
Assist with department managers in aisle cleaning as needed.
Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
Assist management with other assigned duties as needed.

**Job Requirements:**
Good communication skills.
Understand basic sanitation guidelines.
Basic understanding of operating floor machine, baler, and compactor helpful.
Ability to lift 50 pounds.

ℹ We have detected that you have the global privacy control (GPC) signal enabled. Please click Privacy settings to exercise your privacy rights. If you wish to continue using Indeed without updating your privacy settings at this time, you may close this banner at any time.          Privacy settings          ✕

  

 **Porter**

Jetro / Restaurant Depot - New Bedford, MA

←                                                    Save and close

# Please review your application

You will not be able to make changes after you submit your application.

## Contact information                                      Edit

First Name



Last Name



Full Name



Email Address

Phone Number

## Resume                                                    Add

No resume included (optional)

Date Filed 6/25/2~~Case 1:~~25-cv-12320-FDS    Document 1-1    Filed 08/20/25    Page 30 of 39
Superior Court - Suffolk
Docket Number

Employer questions                                                        Edit

Are you capable of performing the essential functions of
the job for which you are applying with or without
reasonable accommodations?

**Yes**

By pressing apply: 1) you agree to our Terms, Cookie & Privacy Policies ⬚;
2) you consent to your application being transmitted to the Employer
(Indeed does not guarantee receipt), & processed & analyzed in accordance
with its & Indeed's terms & privacy policies; & 3) you acknowledge that
when you apply to jobs outside your country it may involve you sending
your personal data to countries with lower levels of data protection; & 4)
that we may hide your contact information until this employer moves

forward with your application. What the employer sees

☐ I'm not a robot
                                    reCAPTCHA
                                    Privacy  Terms

**Submit your application**

Having an issue with this application? Tell us more

© 2025 Indeed - Your Privacy Choices ✓✗

This site is protected by reCAPTCHA and the Google Privacy Policy and
Terms of Service apply.

# Jetro / Restaurant Depot wants you ███████! Get your interview now!

**From:**      Chattr <no-reply@chattr.ai>
**Reply-To:**  manager.830@jetrord.com
**To:**        ████████████
**Subject:**   Jetro / Restaurant Depot wants you ███████! Get your interview now!
**Date:**      ████████████████
**Size:**      12 KB

---

Hi ███████,

You applied to the Porter position for Jetro / Restaurant Depot through Indeed.

Don't miss out! Use the link below to complete your quick application and get an interview scheduled in less than 5 minutes!

Get your interview!

**sent on behalf of the hiring team at**

Jetro / Restaurant Depot

Ref: 30d24363-5a42-4a58-9c1e-19d59b4c7f91-6b-indeed-0



‹ **VIEW ALL OPENINGS**

## Porter

| | |
|---|---|
| **Company:** | Jetro / Restaurant Depot |
| **Location:** | 500 Kings Highway, New Bedford, MA 02745 |
| **Job Type:** | Full-time |
| **Sector:** | Warehouse Team Member - Union |
| **Compensation:** | $16.25 - $16.79 an hour |



**500 Kings Hwy**
View larger map

©2025 Imagery ©2025 Airbus. Report a map error
Maxar Technologies

**QUICK APPLY NOW!**

JOB DETAILS

**Job Description:** Porter (Jetro/Restaurant Depot)

**Summary:**

The porter is responsible for ensuring all key areas in the warehouse are clean as well as being safe for all customers and employees. This includes any liquids or substances that may pose a hazard to any customer or employee. The porter must also maintain all Sanitation and Cleaning Logs that require a routine verification on a daily basis. The porter must also ensure all cleaning equipment is within guidelines of our company HACCP program. The porter may also have other tasks assigned by the branch manager as needed. This includes tasks such as minor paint touchup to the facility and/or fixtures, cleaning of wet pallets as needed and general maintenance of lighting.

**Duties and Responsibilities:**

General sweeping of interior/exterior building premises.

- General cleaning and maintenance of all restrooms in facility.
- General cleaning of windows, doors, and coffee area as needed.
- Maintenance of all trash containers on premises.
- Operation of trash compactor, cardboard baler, and floor scrubbing machine as needed.
- General cleanup of spills as needed in the warehouse.
- General cleanup of employee break room as needed (per schedule).
- Assist with department managers in aisle cleaning as needed.
- Ensure all HACCP guidelines and Sanitation logs are verified as outlined.
- Assist management with other assigned duties as needed.

### Job Requirements:

- Good communication skills.
- Understand basic sanitation guidelines.
- Basic understanding of operating floor machine, baler, and compactor helpful.
- Ability to lift 50 pounds.



Job Ref #: d68fe8d6-62fa-40d8-b30a-29e7af829827

Date Posted: 2025-05-22

10,629

Alright! Let's continue with your application. I'm a digital hiring assistant, I'll ask you a few more questions and then schedule your interview.

Do you prefer to be called ███████ or do you like to go by another name?

First, this is the number I have for you: ████████ ████ Can you confirm this is the correct number?

Yes

Is it ok to opt you into receiving messages to keep you informed about your application status? Msg frequency varies & msg/data rates apply. You can opt out of the process at any time.

Opt out

████████ your information is kept private with Jetro / Restaurant Depot. No spam! We'll only contact you about your career opportunities. Can we text you in the future?

No

Ok, ███████ I understand. This may cause some delay in getting back to you, but let's keep moving.

Now I'd like to ask you a few questions and learn more about you...

| **BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET** | CIVIL DOCKET NUMBER (Court Use Only) | **Massachusetts Trial Court**  |
| --- | --- | --- |
| | | **Suffolk Superior Court** **Business Litigation Session** |

| PLAINTIFF(S) | DEFENDANT(S) |
| --- | --- |
| Ernesto DePina, individually and on behalf of all others similarly situated | **Restaurant Depot, LLC,** |
| ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BOARD OF BAR OVERSEERS (BBO) NUMBER<br><br>David S. Godkin (BBO#196530)<br>James E. Kruzer (BBO#670827)<br>Birnbaum & Godkin, LLP<br>1 Marina Park Drive, Suite 1410, Boston, MA 02210<br>Tel: 617-307-6100<br>godkin@birnbaumgodkin.com<br>kruzer@birnbaumgodkin.com | (IF KNOWN) ATTORNEY NAME, FIRM NAME, ADDRESS, PHONE NUMBER, EMAIL ADDRESS, BBO NUMBER |

CASE CATEGORY CODE AND CASE TYPE (SEE INSTRUCTIONS)

BLS Case Category Code: **H-2**                                    Is this a jury case?: YES ☐  NO ☐

Case Type: Class Action, non-personal injury involving violation of MGL c. 149, § 19B(2) (Defendant's use of lie detector tests for job applicants without notice)

*At the initial Rule 16 Conference, a Special Tracking Order will be created for this case.*

Please provide a detailed statement of the facts and reasons why this case should be accepted into the Business Litigation Session, including the amount in controversy:

Massachusetts law requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability." Mass. Gen. Laws ch. 149, § 19B(2)(b).

Defendant does not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

Plaintiff seeks to represent a class defined as: "All persons who applied for a Massachusetts-based position of employment with Defendant." Members of the Class are so numerous that their individual joinder herein is impracticable. On information and belief, members of the Class number in the thousands. Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B. The aggregate claims of all members of the proposed class are in excess of $50,000, exclusive of interest and costs.

*If applicable, please identify the case docket number, case name, and county in which there is any related case or cases pending in the Superior Court or any other court.*

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client(s) with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various dispute resolution methods."

Signature of Attorney of Record: /s/ David S. Godkin                                    Date: 6/25/25

## BUSINESS LITIGATION SESSION (BLS) CIVIL ACTION COVER SHEET
## INSTRUCTIONS

If you want to file a case in the Business Litigation Session (BLS), you must file a BLS Civil Action Cover Sheet (Cover Sheet) and a Complaint with the Suffolk County Civil Clerk's Office. On the Cover Sheet, you must state the reasons why you believe that the case should be accepted into the BLS, including the amount in controversy. If you do not fully and accurately complete the Cover Sheet, your case may be denied acceptance into the Business Litigation Session and transferred to another Superior Court Civil Session in Suffolk County. For more information, see Superior Court Administrative Directive 24-1 (Superior Court Business Litigation Sessions).

Cases that fall within any of the following categories will be considered for acceptance into the BLS in the sound discretion of the BLS Administrative Justice, based principally on the complexity of the case and the need for substantial case management.

Select one BLS Case Category Code that best describes your case and record it on the Cover Sheet:

BA1 (a.1)  claims relating to the governance and conduct of internal affairs of entities

A04 (a.2)  claims relating to employment agreements

BA3 (a.3)  claims relating to liability of shareholders, directors, officers, partners, etc.

BB1 (b.1)  shareholder derivative claims

BB2 (b.2)  claims relating to or arising out of securities transactions

BC1 (c.1)  claims involving mergers, consolidations, sales of assets, issuance of debt, equity and like interests

BD1 (d.1)  claims to determine the use or status of, or claims involving, intellectual property

BD2 (d.2)  claims to determine the use or status of, or claims involving, confidential, proprietary or
trade secret information

D11 (d.3)  claims to determine the use or status of, or claims involving, restrictive covenants

BE1 (e.1)  claims involving breaches of contract or fiduciary duties, fraud, misrepresentation, business
torts or other violations involving business relationships

A99 (f.1)  claims under the U.C.C. involving complex issues

BG1 (g.1)  claims arising from transactions with banks, investment bankers and financial advisers,
brokerage firms, mutual and money funds

BH1 (h.1)  claims for violation of antitrust or other trade regulation laws, including class actions

BH1 (h.2)  claims of unfair trade practices involving complex issues, including class actions that do
not involve personal injury

B07 (i.1)  professional malpractice claims other than claims for personal injury or death

A99 (j.1)  claims by or against a business enterprise to which a government entity is a party

A99 (k.1)  other claims involving complex issues or that require close case management, including
but not limited to insurance coverage or reinsurance, construction, commercial lease
disputes, real estate and consumer matters.

> **Example:** BLS Case Category Code: <u>BE1 (e.1)</u>    Case Type: <u>breach of contract</u>

**Plaintiff's Duty:** On the Cover Sheet, the plaintiff, or plaintiff's counsel, shall provide a detailed statement of the facts and reasons why this case should be accepted into the BLS. A copy of the completed Cover Sheet shall be served on all defendants, along with the Complaint and Summons.
**Defendant's Duty:** If a defendant contests entry into the BLS, the defendant shall file with the Answer (or dispositive motion), a Statement specifying why the action does not belong in the BLS. The Statement shall be served with the Answer (or dispositive motion).

3

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: **2584CV01757-BLS2**

Notice Sent
6/26/25
S.R.

Case:   DePina v. Restaurant Depot, LLC

## NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION

This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to **BLS2**.

Hereafter, as shown above, all parties must include the initials "**BLS2**" at the end of the docket number on all filings.

Counsel for the plaintiff(s) is hereby advised that within seven (7) days of the filing of an appearance, answer, motion or other response to the complaint by or on behalf of the defendant(s) which has been served with process within the time limitation of Mass. R. Civ. P. 4(j), or such other time as may be modified by the Court, he or she shall send notice thereof to the appropriate BLS Session Clerk at Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108.

Upon receipt of such notice, the Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. Before the Rule 16 Conference, counsel shall discuss with their clients and with opposing counsel whether the parties will participate in the BLS Project on Discovery (counsel are directed to www.mass.gov/superior-court-business-litigation-session for description of the Project). Counsel may indicate their respective client's participation by completing, filing, and serving the attached form. If by the date of the initial Rule 16 Conference, not all parties have given notice of their participation, counsel shall be prepared to discuss at that conference whether their clients will participate in the Project.

For practice tips from the BLS Judges, please refer to the BLS Bench Notes (available online at: www.mass.gov/guide/business-litigation-session-bls-bench-notes).

The Court requests that plaintiff's counsel serve on opposing parties a copy of this notice and the attached form.

Dated: June 25, 2025

/s/ Kenneth W. Salinger
_____
Kenneth W. Salinger
Justice of the Superior Court &
Administrative Justice of the Business Litigation Session

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court – Business Litigation Session**

CIVIL DOCKET#: _____

Case: _____

As you may know, the Business Litigation Session began implementing a Discovery Project in January, 2010. This project is available on a voluntary basis for all new cases accepted into the BLS and for cases which have not previously had an initial case management conference. Counsel should be prepared to discuss the project with the Court at the initial case management conference. For a detailed copy of the BLS Discovery Project, counsel are directed to the Trial Court home page at: www.mass.gov/superior-court-business-litigation-session)

If a party is willing to participate in the project, that party's counsel should so indicate below and return this form to the appropriate session clerk.

___ (Check) **Yes,** _____ is willing to participate in the Discovery Project.
                    (Party's Name)

Case Name _____

Docket Number CIVIL DOCKET#: _____

Counsel For_____        Date_____

Firm Name and Address:

_____

_____

_____

Please complete this form and return it to:

| Assistant Clerk - BLS1 | **OR** | Assistant Clerk - BLS2 |
|---|---|---|
| BLS1, Room 1015 | | BLS2, Room 1017 |
| 3 Pemberton Square | | 3 Pemberton Square |
| Boston, MA 02108 | | Boston, MA 02108 |

- 2 -

Date Filed 7/16/2025 11:47 AM
Superior Court - Suffolk
Docket Number 2584CV01757

07.18

4

MS

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, SS.**

**SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
C.A. No.: 2584CV01757-BLS2**

---

Ernesto Depina, individually and on behalf of
all others similarly situated,

                        Plaintiff,

    v.

Restaurant Depot, LLC,

                        Defendant.

---

### MOTION FOR APPOINTMENT
### OF SPECIAL PROCESS SERVER

In accordance with the provisions of Rule 4(c) of the Massachusetts Rules of Civil
Procedure, the undersigned hereby moves this Court for the appointment of Jeffrey Belisle of
Desrosiers & Associates, LLC, 35 Madison Avenue, Suite 1, Cambridge, MA 02140 as Special
Process Server in the above-entitled matter. The undersigned swears that to the best of his
knowledge and belief the person to be appointed Process Server is 18 years of age or over and is
not a party to this action.

Dated: July 16, 2025

Respectfully submitted,

**BIRNBAUM & GODKIN, LLP**

*/s/ James E. Kruzer*
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Telephone: (617) 307-6100
Email:  godkin@birnbaumgodkin.com
        kruzer@birnbaumgodkin.com

7/17/25
ALLOWED, BY THE Court
(SQUIRES. LEE, J)
ATTEST: Sira Counoado
     ASSISTANT CLERK